IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

FREDERICK CUSHMORE JR.

Criminal No. 21-455
**[UNDER SEAL]**

ARRAIGNMENT PLEA

Defendant FREDERICK CUSHMORE JR.

being arraigned, pleads _Guilty_

in open Court this _17th_ day of

_November_, 20 _21_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)